**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Don and Thelma Dillon, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>State of Arizona; et al.<br><br>    Defendants. | No. CV 08-796-PHX-DGC<br><br>**ORDER** |

On April 6, 2010, this Court granted Defendants Mickens, Stevens, and Peterson's motion for summary judgment. Dkt. #73. On April 29, 2010, Plaintiffs filed a motion for reconsideration. Dkt. #75. Under Local Rule of Civil Procedure 7.2(g)(2), "[a]bsent good cause shown, any motion for reconsideration shall be filed no later than fourteen (14) days after the date of the filing of the Order that is the subject of the motion." In this case, the deadline for filing a motion for reconsideration of the Court's order of April 6, 2010, was April 20, 2010. Plaintiffs' motion is untimely, does not show good cause, and therefore will be denied.

**IT IS ORDERED** that Plaintiffs' motion for reconsideration (Dkt. #75) is **denied**.

DATED this 28th day of May, 2010.

_David G. Campbell_
United States District Judge